UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:12-cr-051-KJD-GWF |
| MARQUIES MCKINZIE, | ) | |
| Defendant. | ) | **ORDER** |

On February 13, 2013, the Court granted defendant Marquies McKinzie's request for new counsel and ordered new counsel appointed (#42). Therefore;

IT IS HEREBY ORDERED that Michael J. Miceli, Esq. is appointed as counsel for Marquies McKinzie in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Miceli forthwith.

DATED: February 19, 2013.

Nunc Pro Tunc Date: February 19, 2013.

_____
KENT J. DAWSON
United States District Judge