MICHAEL J. MICELI, ESQ.
Nevada Bar No. 010151
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221
Attorney for Defendant
MARQUIES MCKINZIE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARQUIES MCKINZIE,

    Defendant.

Case No. CR-12-00051-KJD-GWF

ORDER TO TRANSPORT DEFENDANT MARQUIES MCKINZIE TO THE HALFWAY HOUSE

    Based upon Defendant McKinzie's Motion to Clarify Custody Status, and the court hearing on July 27, 2015, and no objection by Assistant United States Attorney Cristina Silva, and good cause appearing therefore:

    **IT IS HEREBY ORDERED** that Defendant McKinzie be transported from the Nevada Southern Detention Center in Pahrump, Nevada, to the Las Vegas Community Correction Center Halfway House located at 2901 Industrial Road, Las Vegas, NV 89109. Defendant McKinzie will serve the remainder of his sentence in the custody of the Bureau of Prisons at the Halfway House.

    Dated this 28th day of July, 2015.

                                           **DISTRICT COURT JUDGE**